DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GLENFORD GEORGE CHAMBERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-257

————————————————

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Christine Ann Marlewski, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.